IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

JAMES CLAYTON LANDINGHAM, #99144-071            PLAINTIFF

VERSUS            CIVIL ACTION NO. 5:08cv251-DCB-MTP

HARLEY LAPPIN, BRUCE PEARSON,
CONSTANCE REESE,
and AMERICAN CORRECTIONAL ASSOCIATION            DEFENDANTS

## FINAL JUDGMENT

This cause is before the Court, <u>sua sponte</u>, for consideration of dismissal. Pursuant to the opinion and order issued this day, it is hereby, ORDERED AND ADJUDGED that this cause be dismissed without prejudice for failure to comply with the orders of this Court.

SO ORDERED AND ADJUDGED, this the __11th__ day of February, 2009.

                                         s/ David Bramlette
                                         UNITED STATES DISTRICT JUDGE